FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

BAD LIVING condition AND WITHOUT MATTRESS COMPLAINT

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
APR -5 2019
ARTHUR JOHNSTON
BY ______ DEPUTY

(Last Name) BUTLER (Identification Number) 84150

(First Name) TERRY (Middle Name) DEWAYNE

(Institution) E.M.C.F 10641 H.W.Y 80 WEST

(Address) MERIDIAN, MS 39307

*(Enter above the full name of the plaintiff, prisoner, and address plaintiff in this action)*

v.

CIVIL ACTION NUMBER: 3:19-cv-239-DPJ-FKB
(to be completed by the Court)

HINDS CO SHERIFF Dept

BOAR OF SUPERVISE

______

______

*(Enter above the full name of the defendant or defendants in this action)*

## OTHER LAWSUITS FILED BY PLAINTIFF

**NOTICE AND WARNING:**
**The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.**

A. Have you ever filed any other lawsuits in a court of the United States? Yes ( ✓ ) No ( )

B. If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse side of this page or additional sheets of paper.)

1. Parties to the action: ______

2. Court (if federal court, name the district; if state court, name the county): THE SOUTHERN DISTRICT OF MISSISSIPPI

3. Docket Number: ______

4. Name of judge to whom case was assigned: KEITH BALL

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?): MY PROPTY WAS RETURN TO ME

## PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank. Do the same for additional plaintiff, if any).

I. Name of plaintiff: TERRY BUTLER Prisoner Number: 84150

Address: E.M.C.F 10641 HWY 80 WEST

MERIDIAN MS 39307

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions, and places of employment of any additional defendants.)

II. Defendant: WARDEN MARY RUSHING SGT GATES is employed as HINDS COUNTY SHERIFF DEPT at

**The plaintiff is responsible for providing the court the name and address of each plaintiff(s) as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:**

PLAINTIFF:

| NAME: | ADDRESS: |
|---|---|
| TERRY BUTLER | E.M.C.F 10641 HWY 80 WEST |
| | MERIDIAN MS 39307 |

DEFENDANT(S):

| NAME: | ADDRESS: |
|---|---|
| MARY RUSHING | HINDS COUNTY SHERIFF DEPT |
| BOARD OF SUPERVISER | HINDS COUNTY BOARD OF SUPERVISER |

## GENERAL INFORMATION

A. At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?

Yes ( ✓ ) No ( )

B. Are you presently incarcerated for a parole or probation violation?

Yes ( ✓ ) No ( )

C. At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?

Yes ( ✓ ) No ( )

D. Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?

Yes ( ✓ ) No ( )

E. Have you completed the Administrative Remedy Program regarding the claims presented in this complaint?

Yes ( ✓ ) No ( ), if so, state the results of the procedure: THEY TOLD ME IT WAS COMPLETED

F. If you are not an inmate of the Mississippi Department of Corrections, answer the following questions:

1. Did you present the facts relating to your complaint to the administrative or grievance procedure in your institution?

   Yes ( ✓ ) No ( )

2. State how your claims were presented (written request, verbal request, request for forms): SOME NEW SYSTEM ON A MONTOC

3. State the date your claims were presented: 3-21-19

4. State the result of the procedure: SAID IT WAS COMPLETED

## STATEMENT OF CLAIM

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet if necessary.)

I WAS BROUGHT TO THE HINDS CO JAIL IN RAYMOND ON THE 3-21-19 I WAS PLACE IN HOUSEING UNIT B-1 WITHOUT LIGHTS AND A MATTRESS AND NOT ANY RUNNING WATER I WAS FORCE TO SLEEP ON STEEL FOR 8days WITHOUT A MATTRESS AND STILL HAVE NOT GOT A MATTRESS FROM THE JAIL AND B-1 IS NOT FIT TO LIVE IN AT ALL. IT NEED TO BE INVESTIGATED THIS WHOLE JAIL NEED TO BE CLOSED AND THE BOARD OF SUPERVISER KNOW THIS AND I AM HOLDING THEM ACCOUNTABLE FOR THE LIVING CONDITION IS NOT FOR A HUMAN BEING IT'S RAT INFESTED DOORS WANT LOCK. THIS IS CRUEL PUNISHMENT

## RELIEF

IV. State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes.

A$100 A DAY AND TO HAVE B-1 INVESTIGATED AND TO HAVE THEN TO PAY A$100 FOR EVERYDAY I WENT WITHOUT A MATTRESS 8days AND HOLD THE BOARD OF SUPERVISOR ACCOUNTABLE FOR APPROVEING THIS HELL HOLD AND TO HAVE IT SHUT DOWN AS SOON AS POSSIBLE AND TO HAVE B-1 INVESTIGATED AND YOU WILL SEE I SPEAK TRUTH

Signed this 26 day of MARCH, 2019.

Terry Butler #84150

E.M.C.F 10641 HWY 80 WEST

Signature of plaintiff, prisoner number and address of plaintiff

I declare under penalty of perjury that the foregoing is true and correct.

3-26-19
(Date)

Terry Butler
Signature of plaintiff